UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| RODNEY TUCKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00065-GZS |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 21, 2014, his Recommended Decision (ECF No. 14). Plaintiff filed his Objection to the Recommended Decision (ECF No. 15) on July 28, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and that based on the foregoing analysis, an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 cases.

2. It is hereby **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. Sec. 2254 is hereby **DISMISSED**.

3. No certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. Sec. 2253(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 29th day of July, 2014